B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RCC Consultants, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-2661497** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Woodbridge Center Drive<br>Suite 201<br>Woodbridge, NJ**          ZIP Code **07095** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|---|

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**RCC Consultants, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**RCC Consultants, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Anthony Sodono, III**
Signature of Attorney for Debtor(s)

**Anthony Sodono, III**
Printed Name of Attorney for Debtor(s)

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm Name

**347 Mount Pleasant Avenue
Suite 300
West Orange, NJ 07052**

Address

**973-243-8600  Fax: 973-243-8677**
Telephone Number

**May  1, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael W. Hunter**
Signature of Authorized Individual

**Michael W. Hunter**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

**May  1, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **RCC Consultants, Inc.**                                   Case No. _____

                                    Debtor(s)           Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express 2965 W. Corporate Lakes Blvd Weston, FL 33331** | **American Express 2965 W. Corporate Lakes Blvd Weston, FL 33331** | **Trade Debt** | | **416,224.46** |
| **Wick Companies, LLC 100 Woodbridge Center Drive Woodbridge, NJ 07095** | **Robert Paulus Wick Companies, LLC 100 Woodbridge Center Drive Woodbridge, NJ 07095 732-750-4444** | **Rent** | | **222,154.59** |
| **Horizon Blue Cross & Blue Shield 3 Penn Plaza PP-09C Newark, NJ 07105** | **Horizon Blue Cross & Blue Shield 3 Penn Plaza PP-09C Newark, NJ 07105** | **Insurance** | | **180,967.21** |
| **EPC Associates, Inc. 3279 Veterans Memorial Highway Ronkonkoma, NY 11779** | **Joan Clifford EPC Associates, Inc. 3279 Veterans Memorial Highway Ronkonkoma, NY 11779 800-462-4104** | **Insurance** | | **125,937.50** |
| **EisnerAmper, LLP 111 Wood Avenue South Iselin, NJ 08830-2700** | **Rich Coloca EisnerAmper, LLP 111 Wood Avenue South Iselin, NJ 08830-2700 732-243-7000** | **Professional Fees** | | **62,665.00** |
| **Ajilon/Accounting Principals 379 Thornall Street #9 Edison, NJ 08837** | **Marilyn Harmon Accounting Principals 379 Thornall Street Q#9 Edison, NJ 08837 732-321-7000** | **Temporary Agent** | | **60,254.40** |
| **Unum Life Insurance Co. America 6000 Feldwood Road Atlanta, GA 30349-3652** | **Kevin Kileen Unum Life Insurance Co. America 6000 Feldwood Road Atlanta, GA 30349-3652 866-679-3054** | **Insurance** | | **59,596.65** |

B4 (Official Form 4) (12/07) - Cont.

In re  **RCC Consultants, Inc.**                                                          Case No.  _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Highwood Realty LP**<br>**222 Century Parkway**<br>**Suite 800**<br>**Atlanta, GA 30345** | **Sherly Carpenter**<br>**Highwood Realty LP**<br>**222 Century Parkway**<br>**Suite 800**<br>**Atlanta, GA 30345**<br>**404-321-6555** | **Rent** | | **50,482.60** |
| **Delta Dental**<br>**1639 State Route 10**<br>**Parsippany, NJ 07054** | **Barbara Strano**<br>**Delta Dental**<br>**1639 State Route 10**<br>**Parsippany, NJ 07054**<br>**973-285-4000** | **Benefit** | | **49,592.60** |
| **B&D Consulting, Inc.**<br>**20140 Scholar Drive**<br>**Suite #310**<br>**Hagerstown, MD 21742** | **B&D Consulting, Inc.**<br>**20140 Scholar Drive**<br>**Suite #310**<br>**Hagerstown, MD 21742**<br>**301-766-9400** | **Trade Debt** | | **38,440.00** |
| **Northstar Commtech, LLC**<br>**42 Crocus Street**<br>**PO Box 1567**<br>**Woodbridge, NJ 07095-1904** | **Michael Corrado**<br>**Northstar Commtech, LLC**<br>**42 Crocus Street**<br>**PO Box 1567**<br>**Woodbridge, NJ 07095-1904**<br>**732-882-4731** | **Trade Debt** | | **37,675.93** |
| **Robert J. Heath, PE LLC**<br>**1116 Walnut Lane**<br>**Lansdale, PA 19446** | **Robert Heath**<br>**Robert J. Heath, PE LLC**<br>**1116 Walnut Lane**<br>**Lansdale, PA 19446** | **Trade Debt** | | **35,523.70** |
| **Dieter Preiser**<br>**23836 La Posta Court**<br>**Corona, CA 92883** | **Dieter Preiser**<br>**23836 La Posta Court**<br>**Corona, CA 92883** | **Trade Debt** | | **33,317.67** |
| **DeLage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **DeLage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087**<br>**610-386-5000** | **Lease** | | **28,278.98** |
| **Gatesair, Inc.**<br>**Corporate Headquarters**<br>**5300 Kings Island Drive**<br>**Suite 101**<br>**Mason, OH 45040** | **Gatesair, Inc.**<br>**Corporate Headquarters**<br>**5300 Kings Island Drive**<br>**Mason, OH 45040** | **Subcontract** | | **27,324.21** |
| **M. Broughton Stokes, Inc. MPPP**<br>**2404 Norfolk Road**<br>**Orlando, FL 32803** | **M. Broughton Stokes, Inc. MPPP**<br>**2404 Norfolk Road**<br>**Orlando, FL 32803** | **Rent** | | **21,114.74** |
| **Andrew Seybold, Inc.**<br>**315 Meigo Road**<br>**A-267**<br>**Santa Barbara, CA 93109** | **Andrew Seybold**<br>**Andrew Seybold, Inc.**<br>**315 Meigo Road**<br>**A-267**<br>**Santa Barbara, CA 93109** | **Subcontract** | | **20,250.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **RCC Consultants, Inc.**                                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Vartan Group, Inc.**<br>**3605 Vartan Way**<br>**Suite 301**<br>**Harrisburg, PA 17110-9440** | **Eileen Rotc**<br>**Vartan Group, Inc.**<br>**3605 Vartan Way**<br>**Suite 301**<br>**Harrisburg, PA 17110-9440**<br>**717-657-0100** | **Rent** | | **15,476.05** |
| **Marlin Leasing Corp.**<br>**6009 Ridgeview Circle**<br>**PO Box 1333**<br>**Hixson, TN 37343** | **Marlin Leasing Corp.**<br>**6009 Ridgeview Circle**<br>**PO Box 1333**<br>**Hixson, TN 37343** | **Lease** | | **14,504.79** |
| **Advantage Engineers, LLC**<br>**435 Independence Avenue**<br>**Mechanicsburg, PA 17055** | **Advantage Engineers, LLC**<br>**435 Independence Avenue**<br>**Mechanicsburg, PA 17055** | **Trade Debt** | | **13,150.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May  1, 2015** _____          Signature   **/s/ Michael W. Hunter** _____
                                                                       **Michael W. Hunter**
                                                                       **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re   **RCC Consultants, Inc.**                                                    Case No.

                                                   Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   **May  1, 2015**                         **/s/ Michael W. Hunter**

                                                **Michael W. Hunter**/**President and Chief Executive Officer**
                                                Signer/Title

Advantage Engineers, LLC
435 Independence Avenue
Mechanicsburg, PA 17055


Aflac
Remittance Processing
19322 Wynton Road
Columbus, GA 31993


Airespring, Inc.
File 1422
1801 W. Olympic Boulevard
Pasadena, CA 91199


Ajilon/Accounting Principals
379 Thornall Street
#9
Edison, NJ 08837


American Express
2965 W. Corporate Lakes Blvd
Weston, FL 33331


Ameritas Life Insurance Corp.
PO Box 81889
Lincoln, NE 68501-1889


Amirit Technologies, Inc.
271 US Highway 46 West
Suite C-103
Fairfield, NJ 07004


Andrew Seybold, Inc.
315 Meigo Road
A-267
Santa Barbara, CA 93109


APCO International
351 N. Williamson Blvd.
Daytona Beach, FL 32114


Aramark Refresh Services
1664 Magnolia Avenue
Buena Vista, VA 24416

Ascentium Capital LLC
23970 US 59 North
Kingwood, TX 77339


Assistant Attorney General
Department of Justice - Tax Division
Judiciary Center Building
555 Fourth Street, NW Room 6126
Washington, DC 20001


AT&T
PO Box 5001
Carol Stream, IL 60197-5001


Atlantic
110 S. 15th Street
Suite B
Richmond, VA 23219


Attorney General's Office
State of New Jersey, Division of Law
Richard J. Hughes, Division of Law
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


B Eric Siversen
4841 Foxhall Crescent NW
Washington, DC 20007


B&D Consulting, Inc.
20140 Scholar Drive
Suite #310
Hagerstown, MD 21742


Bank of the West
PO Box 7167
Pasadena, CA 91109-7167


Birch Communications
PO Box 105066
Atlanta, GA 30348-5066


Capelouto Termite & Pest
700 Capital Circle N.E.
Tallahassee, FL 32301

CenturyLink
PO Box 1319
Charlotte, NC 28201-1319


Christian Barton LLP
909 East Main Street
Suite 1200
Richmond, VA 23219


City of Belmont
One Twin Pines Lane
Belmont, CA 94002


City of Tallahassee
435 N. Macomb Street
Tallahassee, FL 32301-1262


City Technology Financial Services
21146 Network Place
Chicago, IL 60673-1211


City Treasurer
10 N. Second Street
Harrisburg, PA 17101


Coffee Distributing Corp.
PO Box 766
New Hyde Park, NY 11040-0604


Comcast
PO Box 105184
Atlanta, GA 30348-5184


Comcast
PO Box 3006
Southeastern, PA 19398-3006


Complete Document Solution LLC
19 Gloria Lane
Fairfield, NJ 07004


Cooler Smart
PO Box 513030
Philadelphia, PA 19175-3030

Copyfax 2000 Inc.
3135 Eliza Road
Tallahassee, FL 32308


Crystal Springs
PO Box 660579
Dallas, TX 75266-0579


DeLage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


Dell Financial Services
Payment Processing Center
Lock Box 5292
2012 Corporate Lane
Naperville, IL 60563


Dell Financial Services L.L.C.
12234 N. IH-35
Building B
Austin, TX 78753


Delta Dental
1639 State Route 10
Parsippany, NJ 07054


Dieter Preiser
23836 La Posta Court
Corona, CA 92883


Dunmar Companies
2602 Deep Water Terminal Road
Richmond, VA 23234


EisnerAmper, LLP
111 Wood Avenue South
Iselin, NJ 08830-2700


Elcom Systems
3150 Wright Street
Marquette, MI 49855

EPC Associates, Inc.
3279 Veterans Memorial Highway
Ronkonkoma, NY 11779


Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461


Floral Expressions
394 Pearl Street
Woodbridge, NJ 07095


Foresite Group
5185 Peachtree Parkway
Norcross, GA 30092


Frontier
PO Box 20550
Rochester, NY 14602-0550


G Neil Companies
PO Box 451179
Fort Lauderdale, FL 33345-1179


Garvey Schubert Barer
1191 Second Avenue
Suite 1800
Seattle, WA 98101


Gatesair, Inc.
Corporate Headquarters
5300 Kings Island Drive
Suite 101
Mason, OH 45040


George Fischer
9 Quebec Road
Marlboro, NJ 07746


Gerhardt's Dairy
PO Box 302
South Plainfield, NJ 07080-0302

Great America Financial Services Corp.
625 First Street
Cedar Rapids, IA 52401


Gustavson Associates
160 Elm Street
Hudson, OH 44236


Highwood Realty LP
222 Century Parkway
Suite 800
Atlanta, GA 30345


Hoffman & Blasco, LLC
9360 Glacier Highway
Suite 202
Juneau, AK 99801


Horizon Blue Cross & Blue Shield
3 Penn Plaza PP-09C
Newark, NJ 07105


Institute of Financial Operations
940 N. Fern Creek Avenue
Indialantic, FL 32903


Internal Revenue Service
Office of Chief Counsel
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102


Internal Revenue Services
Special Procedures Branch
Attn. Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Internal Reveue Service
2970 Market Street
Mail Stop 5Q30 133
Philadelphia, PA 19104-5016


Iron Mountain
PO Box 915004
Dallas, TX 75391-5004

Ivan  G.  Pagacik
123  Whitcomb  Avenue
Littleton, ME 04160


Jerry  Schlesinger
432  NW  View  Ridge  Street
Camas, WA 98607


Joe  Harrison
PO  Box  98
Highway  219
Renick, WV 24966


M&W  Communications,  Inc.
361  Quakertown  Road
Flemington, NJ 08822


M.  Broughton  Stokes,  Inc.  MPPP
2404  Norfolk  Road
Orlando, FL 32803


Mailfinance
25881  Network  Place
Chicago, IL 60673-1258


Marina  Barrentine
7788  McClure  Drive
Tallahassee, FL 32312


Marlin  Leasing  Corp.
6009  Ridgeview  Circle
PO  Box  1333
Hixson, TN 37343


Municipal  Publishing
PO  Box  489
Riesel, TX 76682


Napco  Copy  Graphics
PO  Box  234
Lyndhurst, NJ 07071

Napco  Western  Apco
2015  APCO  WRC
PO  Box  1033
Elverta, CA 95626


Navitas  Lease  Corp
PO  Box  935204
Atlanta, GA 31193-5204


Neopost  USA,  Inc.
25880  Network  Place
Chicago, IL 60673-1258


Northstar  Commtech,  LLC
42  Crocus  Street
PO  Box  1567
Woodbridge, NJ 07095-1904


Office  of  the  United  States  Trustee
One  Newark  Center
Suite  2100
Newark, NJ 07102


Onvia  Business  Builder
509  Olive  Street,  Suite  400
Seattle, WA 98101


Paetec
PO  Box  9001111
Louisville, KY 40290-1111


Paralyzed  Veterans  of  America
7  Mill  Brook  Road
PO  Box  921
Wilton, NH 03086


Pate  Engineering,  Inc.
13540  N.  Flordia  Avenue  #203
Tampa, FL 33613


PC  Connection  Sales  Corp.
PO  Box  536472
Pittsburgh, PA 15253-5906

Pennwell  Corporation
21428 Network  Place
Chicago, IL 60673-1214


Plaza  Executive  Suites
2942  North  24  Street,  Suite  114
Phoenix, AZ 85016


Premiere  Global  Services
PO  Box  404351
Atlanta, GA 30384-4351


Quill  Corp
PO  Box  37600
Philadelphia, PA 19101-0600


Radio  Soft
8900  Dicks  Hill  Parkway
Toccoa, GA 30577


Randall  Smith
1317  Beverly  Estate  Drive
Beverly Hills, CA 90210


Robert  J.  Heath,  PE  LLC
1116  Walnut  Lane
Lansdale, PA 19446


Sam  Club  Direct
PO  Box  530930
Atlanta, GA 30353-0930


Schoeman  Updike  Kaufman  Stern
551  5th  Avenue
New York, NY 10176


Scorpion  Properties,  LTD
9450  Grogan's  Mill  Road
Suite  200,  The  Woodlands
Spring, TX 77380


Shred-It  Newark
PO  Box  13574
New York, NY 10087-3574

Siemens  Industry,  Inc.
PO  Box  2134
Carol  Stream, IL 60132-2134


Sprint  PCS
PO  Box  4181
Carol  Stream, IL  60197-4181


Staples  Business  Advantage
Dept  PHL  85103  PO  Box  30851
Hartford, CT 06150-0851


Star2star  Communication,  LLC
600  Tallevast  Road,  Suite  202
Sarasota, FL 34243


State  of  New  Jersey
Division  of  Taxation
Bankruptcy  Section
PO  Box  245
Trenton, NJ 08695-0245


State  of  New  Jersey
Division  of  Taxation
Sales  &  Use  Tax
PO  Box  999
Trenton, NJ 08625


State  of  New  Jersey
Division  of  Taxation
Gross  Income  Tax  (GIT)
50  Barrack  Street,  PO  Box  269
Trenton, NJ 08625


State  of  New  Jersey
Division  of  Employer  Accounts
Attn:  Stanley  A.  Cooper
PO  Box  279
Trenton, NJ 08625


Stepfunction  Strategies,  LLC
592  Manorwood  Lane
Louisville, CO 80027

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034


TD Equipment Finance, Inc.
PO Box 48082
Newark, NJ 07101-4882


TD Equipment Finance, Inc.
2059 Springdale Road
Cherry Hill, NJ 08003


Teleco VA
PO Box 72697
Richmond, VA 23235


Telecom Acquisitions Group
460 South Lyra Circle
Juno Beach, FL 33408-1906


The Honorable Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
9500 Pennsylvania Avenue, NW
Washington, DC 20530


Tower Technology, LLC
4309 Gifford Pinchot Drive
Annandale, VA 22003


TX Apco/Nena Joint Conference
2600 Airport Freeway
Fort Worth, TX 76111


U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866


United Corporate Services, Inc.
10 Bank Street
White Plains, NY 10606

United States Attorney
on behalf of the IRS
970 Broad Street, 5th Floor
Newark, NJ 07102


Unum Life Insurance Co. America
6000 Feldwood Road
Atlanta, GA 30349-3652


Varitronics Systems
1924 US Highway 22 East
Bound Brook, NJ 08805


Vartan Group, Inc.
3605 Vartan Way
Suite 301
Harrisburg, PA 17110-9440


Vector Security
2805 North Parham Road, Suite 500
Richmond, VA 23294


Vector Security, Inc.
PO Box 89462
Cleveland, OH 44101-6460


Verizon
PO Box 408
Newark, NJ 07101-0408


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 28000
Lehigh Valley, PA 18002-8000


Verizon
PO Box 920041
Dallas, TX 75392-0041


Virginia Review, LLC
7307 Belmont Stakes Drive
Midlothian, VA 23112

WB Mason Company, Inc.
PO Box 55840
Boston, MA 02205-5840


Wick Companies, LLC
100 Woodbridge Center Drive
Woodbridge, NJ 07095


Windstream
PO Box 9001908
Louisville, KY 40290-1908


Woodbridge Fire Fighters
Association Local 290, 418 School street
Woodbridge, NJ 07095


Xerox Corporarion
PO Box 827598
Philadelphia, PA 19182-7598


Xerox Corporation
PO Box 7405
Pasadena, CA 91109-7405

# RESOLUTION OF SPECIAL MEETING OF MEMBERS
## OF RCC CONSULTANTS, INC.

I hereby certify that at a duly called and held special meeting of RCC Consultants, Inc., a

Delaware corporation (the "Company"), held on the ____ day of April 2015, the following

Resolutions were proposed and unanimously adopted by all Members present:

> **RESOLVED,** that the officers, members and general operating manager of the Company, in view of its financial condition, be and are hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of Trenk, DiPasquale, Della Fera & Sodono, P.C. and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Michael W. Hunter is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further

> **RESOLVED,** that the officers, members and general operating manager of the Company be, and each of them hereby is, authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution.

In certification hereof, I do set my hand and seal this ____ day of April 2015.

RCC CONSULTANTS, INC.

By: _____
Michael W. Hunter
President and Chief Executive Officer

4838-3167-6707, v. 1