| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Joao F. Magalhaes<br>*Counsel to RCC Consultants, Inc.,*<br>*Debtor and Debtor-in-Possession* | Order Filed on May 30, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RCC CONSULTANTS, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-18274 (MBK) |

## SECOND INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED.**

DATED: May 30, 2015

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | RCC Consultants, Inc. |
| Case No.: | 15-18274 (MBK) |
| Caption of Order: | Second Interim Order Authorizing Use of Cash Collateral |

**THIS MATTER** having been originally before the Court on motion of RCC Consultants, Inc. ("Debtor"), for authority to use cash collateral on a continued basis pursuant to Title 11 of the United States Code (the "Bankruptcy Code") sections 105, 363(c)(2)(B), 363(e), and 507(b), and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"). Notice of the Motion together with notice of the preliminary hearing thereon has been given and served by the Debtor to (i) the Office of the United States Trustee for the District of New Jersey; (ii) the Debtor's twenty largest unsecured creditors; (iii) all secured creditors (specifically, TD Bank, N.A.; TD Equipment Finance, Inc.; Dell Financial Services L.L.C.; GreatAmerica Financial Services Corporation; and Ascentium Capital, L.L.C.); (iv) parties who filed a notice of appearance and request for service of pleadings in this Chapter 11 case pursuant to Bankruptcy Rule 2002, if any; and (v) any other parties claiming an interest in the cash collateral, if any. The Debtor and TD Bank, N.A. ("TD Bank"), have agreed to extend cash collateral up through and including June 12, 2015, on the terms and conditions set forth herein and on those as set forth in the *Interim Order Authorizing Use of Cash Collateral* (Doc. No. 30) entered on May 11, 2015 (the "Initial Order").

The Court having determined there is a reasonable likelihood that the Debtor will prevail upon the merits at the final hearing of the Motion as required by Section 363(c)(3) of the Bankruptcy Code; and for good cause shown;

**IT IS ORDERED** as follows:

1. Except as modified herein, the Initial Order remains in full force and effect.

(Page 3)
Debtor:            RCC Consultants, Inc.
Case No.:          15-18274 (MBK)
Caption of Order:  Second Interim Order Authorizing Use of Cash Collateral

---

2. Use of Cash Collateral. TD Bank consents, and the Debtor is authorized, for the periods and in accordance with the cash collateral budget attached as **Exhibit A** to use cash collateral up to and including June 12, 2015, for the following purposes:

   a. Maintenance and preservation of its assets;

   b. the continued operation of its business including, but not limited to, paying payroll, payroll taxes, employee expenses, and insurance costs;

   c. the completion of work-in-progress; and

   d. the purchase of replacement inventory.

3. Periodic Payments. On or before June 5, 2015, Debtor shall pay to TD Bank the sum of $12,000.00 which shall be applied to post-petition interest, attorneys' fees and costs, and then to principal. All parties reserve all rights with respect to further periodic payments.

4. The Debtor agrees and acknowledges the validity, extent, and priority of TD Bank's loan, its loan documents, and its debt as evidenced by the proof of claim filed by TD Bank.

### FINAL HEARING ORDER

**IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN** that notice of a Final Hearing was provided to (i) the Office of the United States Trustee for the District of New Jersey; (ii) the Debtor's twenty largest unsecured creditors; (iii) all secured creditors (specifically, TD Bank, N.A.; TD Equipment Finance, Inc.; Dell Financial Services L.L.C.; GreatAmerica Financial Services Corporation; and Ascentium Capital, L.L.C.); (iv) parties who filed a notice of appearance and request for service of pleadings in this Chapter 11 case pursuant to Bankruptcy Rule 2002, if any; and (v) any other parties claiming an interest in the cash

(Page 4)

| | |
|---|---|
| Debtor: | RCC Consultants, Inc. |
| Case No.: | 15-18274 (MBK) |
| Caption of Order: | Second Interim Order Authorizing Use of Cash Collateral |

collateral, if any, and such hearing was held on May 27, 2015, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge. Blue Cross/Blue Shield and TD Bank, by and through their counsel, objected to continued use of cash collateral on an interim basis. The Debtor, TD Bank, and Blue Cross/Blue Shield having amicably worked an extension to use cash collateral as set forth in this order, until June 12, 2015. The Court shall continue the cash collateral hearing until June 12, 2015, at 11:00 a.m., and objections, if any, shall be due June ___, 2015.

## NOTICE ORDER

**IT IS FURTHER ORDERED** that the Debtor serve a copy of this Order and notice by first class mail within one (1) business day from the date hereof on (i) the Office of the United States Trustee for the District of New Jersey; (ii) the Debtor's twenty largest unsecured creditors; (iii) all secured creditors (specifically TD Bank, N.A.; TD Equipment Finance, Inc.; Dell Financial Services L.L.C.; GreatAmerica Financial Services Corporation; and Ascentium Capital, L.L.C.); (iv) those parties who filed a notice of appearance and request for service of pleadings in this Chapter 11 Case pursuant to Bankruptcy Rule 2002, if any; and (v) any other parties claiming an interest in the cash collateral, if any. The Debtor shall immediately file with the Clerk a Certificate of Service of said mailing.

*CONSENTS APPENDED HERETO:*

(Page 5)

Debtor: RCC Consultants, Inc.

Case No.: 15-18274 (MBK)

Caption of Order: Second Interim Order Authorizing Use of Cash Collateral

**The undersigned hereby consent to the
form and entry of the within order:**

**TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.**
*Attorneys for Debtor, RCC Consultants, Inc.*

By: /s/ *Anthony Sodono, III*           Dated: May 29, 2015
      Anthony Sodono, III

**STARK & STARK**
*Attorneys for TD Bank, N.A.*

By: *Timothy P. Duggan*          Dated: May 29, 2015
      Timothy P. Duggan

4821-4349-9811, v. 1

**RCC Consultants, Inc.**
**Post Petition Collections / Payments**

| Week Ending | 5/8/15 | 5/15/15 | thru 5/21 5/22/15 | 5/29/15 | 6/5/15 | 6/12/15 | 6/19/15 | 6/26/15 | 7/3/15 | 7/10/15 | 7/17/15 | 7/24/15 | 7/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collections** | | | | | | | | | | | | | |
| Budget | 249,667 | 130,476 | 121,502 | 170,000 | 250,000 | 200,000 | 180,000 | 175,000 | 175,000 | 200,000 | 225,000 | 175,000 | 150,000 |
| | 200,000 | 200,000 | 200,000 | | | | | | | | | | |
| Budget vs. Actual | 49,667 | (69,524) | (78,498) | | | | | | | | | | |
| **Payments** | | | | | | | | | | | | | |
| Rent | | | | 42,000 | | | | 42,000 | | | | 42,000 | |
| Professional fees | | | | | | | | | | | | | |
| Subcontractor fees | | | | 35,000 | | | | 30,000 | | | | | 30,000 |
| Corp insurance | | | 15,852 | 12,000 | 10,000 | | 12,000 | | 12,000 | | 12,000 | | |
| Employee travel | | 3,318 | 4,352 | 5,000 | 12,000 | 5,000 | | 5,000 | | 5,000 | | 5,000 | |
| office expense | 1,150 | | | | | | | | | | | | |
| TD Bank interest | | 12,000 | | | | | | | | | | | |
| Lease expense | | 355 | | | | | 2,025 | | | | 12,000 | | |
| Taxes and license fees | | | 9,185 | | | | | | | | 2,025 | | |
| TD Bank fees | | 1,520 | | | | | | | | | | | |
| Prof fees-debtor's counsel | | | | | | | | | | | | | |
| United States Trustee | | | | | | 25,000 | | | | | | | |
| Wages | | 357,185 | | 345,000 | | 335,000 | | 325,000 | | 315,000 | | 300,000 | |
| Medical insurance | | | | | | | | | | | | | |
| Dental insurance | | | | 20,000 | | | | 20,000 | | | | | 10,000 |
| Disability/life insurance | | | | 10,000 | | | | 10,000 | | | | | 10,000 |
| Employee paid insurance | | | | | | | | | | | | | |
| Total payments | 1,150 | 374,378 | 29,389 | 469,000 | 22,000 | 365,000 | 14,025 | 432,000 | 12,000 | 320,000 | 26,025 | 347,000 | 50,000 |
| Budget | | 422,000 | 38,366 | 475,472 | 10,000 | 340,000 | 24,000 | 407,000 | 12,000 | 320,000 | 26,025 | 347,000 | 50,000 |
| Budget vs. Actual | (1,150) | 47,622 | 8,977 | | | | | | | | | | |

last updated 5/22/15

**Exhibit A**